**CRIMINAL COMPLAINT**
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Victor Aladar Vargas,<br>DOB 1981; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-00406MJ |

Complaint for violations of: Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i)
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi)

COUNT 1: On or about June 11, 2020, at or near Nogales, in the District of Arizona, **Victor Aladar Vargas** did knowingly and intentionally possess with intent to distribute 1 kilogram or more of heroin, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i).

COUNT 2: On or about June 11, 2020, at or near Nogales, in the District of Arizona, **Victor Aladar Vargas** did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On June 11, 2020, at approximately 10:34 a.m., Victor Aladar VARGAS entered the United States from the Republic of Mexico at the Mariposa Port of Entry in Nogales, Arizona. VARGAS was the driver and sole occupant of a 2006 Ford E350 Econoline van bearing an Arizona license plate. During secondary inspection, a Customs and Border Protection (CBP) officer x-rayed the vehicle and observed anomalies in the driver-side, rear quarter panel of the vehicle. A CBP canine alerted to an odor it had been trained to detect emanating from the driver-side quarter panel of the vehicle. Officers searched the vehicle and removed a total of 8 packages of suspected narcotics from the vehicle's driver-side rear quarter panels. Four packages appeared to contain heroin and four packages appeared to contain pills. A representative sample of the contents of the packages was field tested and yielded positive results for the properties of heroin and fentanyl. The packages of heroin weighed approximately 5.8 kilograms and the packages of fentanyl weighed approximately 3.22 kilograms.

After waiving his *Miranda* rights, VARGAS admitted to personally placing and concealing the 8 packages of drugs in the vehicle. VARGAS also admitted that he suspected the packages contained heroin.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>SKH<br>AUTHORIZED AUSA *Stefani K. Hepford* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Ernesto Cambron, Drug Enforcement Administration (DEA) Task Force Officer |
|---|---|
| Sworn by telephone _____ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>June 12, 2020 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54